IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 2:05cr025-A |
| | | (WO) |
| RODRICK MONROE, SR. | ) | |

## **ORDER**

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #27), and upon a full review of the file, the court agrees with and adopts the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that the court finds the Defendant, Rodrick Monroe, Sr., mentally competent for all further proceedings in this case.

DONE this 7th day of July, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE